UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MICHAEL JONES, | Case No. 1:14-cv-14 |
| Petitioner, | Judge Timothy S. Black |
| | Magistrate Judge Stephanie K. Bowman |
| vs. | |
| WARDEN, CHILLICOTHE CORRECTIONAL INSTITUTION,[1] | |
| Respondent. | |

# DECISION AND ENTRY ADOPTING THE REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 16)

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court, and, on January 2, 2015, submitted a Report and Recommendations. (Doc. 16). No objections were filed.

As required by 29 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendations should be and is hereby adopted in its entirety. Accordingly:

---

[1] Petitioner filed a notice of change of address informing the Court that his address changed from the Warren Correctional Institution to the Chillicothe Correctional Institution. (Doc. 14).

1. Petitioner's motion to dismiss the instant petition without prejudice (Doc. 15) is **GRANTED**.

**IT IS SO ORDERED**.

Date: 2/3/15

*s/ Timothy S. Black*
Timothy S. Black
United States District Judge